IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBBI L. ENGLISH, | : |
| | : |
| Plaintiff, | : C.A. NO. 04-1511(SLR) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| CHILDREN AND FAMILIES | : |
| FIRST DELAWARE, INC., a | : |
| Delaware corporation, | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on April 5, 2005, I electronically filed the *Certificate of Service* to *Plaintiff's Rule 26(a) Initial Disclosures* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff's Rule 26(a) Initial Disclosures* and the respective *Certificate of Service* for same via first class U.S. Mail, postage prepaid to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

MARGOLIS EDELSTEIN

*/s/ Jeffrey K. Martin*
Jeffrey K. Martin, Esquire (#2407)
Timothy J. Wilson (#4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
Attorneys for Plaintiff

Dated: April 5, 2005