IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOBBI L. ENGLISH, | : | |
| Plaintiff, | : | C.A. No. 04-1511-SLR |
| v. | : | JURY TRIAL DEMANDED |
| CHILDREN AND FAMILIES FIRST DELAWARE, P.A., | : | |
| Defendant. | : | |

NOTICE OF SERVICE

DAVID H. WILLIAMS hereby certifies that on the 14th day of April, 2005, a copy of **DEFENDANT'S FIRST REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF BOBBI L. ENGLISH, DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF BOBBI L. ENGLISH**, and **DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS DIRECTED TO PLAINTIFF BOBBI L. ENGLISH** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record at the address indicated below:

> Jeffrey K. Martin, Esquire
> Margolis & Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>
> /s/ David H. Williams
> David H. Williams (#616) dwilliams@morrisjames.com
> Jennifer L. Brierley (#4075)
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900
> Attorneys for Defendant

Dated: April 14, 2005

DHW/012299-0030/1097041/1