IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOBBI L. ENGLISH, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 04-1511(SLR) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CHILDREN AND FAMILIES | : | |
| FIRST DELAWARE, INC., a | : | |
| Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that on May 13, 2005, I electronically filed the *Certificate of Service* for *Plaintiff's Answers to Defendant's First Set of Requests for Admissions* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff's Answers to Defendant's First Set of Requests for Admissions* and the respective *Certificate of Service* for same via first class U.S. Mail, postage prepaid to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

4

MARGOLIS EDELSTEIN

*Keri L. Morris*
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff Bobbi L. English

Dated: May 13, 2005