IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOBBI L. ENGLISH, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 04-1511(SLR) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CHILDREN AND FAMILIES | : | |
| FIRST DELAWARE, INC., a | : | |
| Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that on June 22, 2005, I electronically filed the

*Certificate of Service* for *Plaintiff's Answers to Defendant's First Set of Interrogatories*

with the Clerk of the Court using CM/ECF which will send notification of such filing,

and have also sent two (2) true and correct copies of *Plaintiff's Answers to Defendant's*

*First Set of Interrogatories* and the respective *Certificate of Service* for same via first

class U.S. Mail, postage prepaid to the following:


David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

MARGOLIS EDELSTEIN

*Keri L. Morris*

Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff Bobbi L. English

Dated:  June 22, 2005