IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBBI L. ENGLISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-1511 (SLR) |
| ) | |
| CHILDREN AND FAMILIES FIRST ) | |
| DELAWARE, INC., a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that two (2) true and correct copies of the foregoing *Plaintiff Bobbi L. English's Response to Defendant's First Request for Production of Documents* were delivered by hand on July 6, 2005 to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, Delaware 19899-2306

                                MARGOLIS EDELSTEIN

                                */s/ Keri L. Morris*
                                Keri L. Morris, Esquire (#4656)
                                1509 Gilpin Avenue
                                Wilmington, Delaware 19806