IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBBI L. ENGLISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-1511 SLR |
| ) | |
| CHILDREN AND FAMILIES FIRST ) | |
| DELAWARE, INC., a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Keri L. Morris, do hereby certify that on August 19, 2005, I electronically filed the ***Certificate of Service*** to ***Plaintiff Bobbi L. English's First Request for Production Directed to Defendant Children and Families First Delaware, Inc.*** with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of same via first class U.S. Mail, postage prepaid to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, Delaware 19899-2306

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com

Dated: August 19, 2005          Attorneys for Plaintiff Bobbi L. English