IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBBI L. ENGLISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-1511 SLR |
| | ) |
| CHILDREN AND FAMILIES FIRST | ) |
| DELAWARE, INC., a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF DEPOSITION

TO:   Jeffery K. Martin, Esquire
       Keri Morris, Esquire
       Margolis Edelstein
       1509 Gilpin Avenue
       Wilmington, DE 19806

PLEASE TAKE NOTICE that counsel for Children and Families First Delaware, Inc. ("Defendant") will take the deposition of Plaintiff Bobbi English pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Thursday, September 15, 2005, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:30 a.m. and continuing day-to-day thereafter until completed.

David H. Williams (#616)
Jennifer L. Brierley (#4075)
Morris, James, Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19899
(302) 888-6900/6848
jbrierley@morrisjames.com
dwilliams@morrisjames.com
Attorneys for Defendant

Dated:   September 1, 2005
cc: Corbett & Associates

JLB/012299-0030/1277348/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOBBI L. ENGLISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1511 SLR |
| | ) | |
| CHILDREN AND FAMILIES FIRST DELAWARE, INC., a Delaware corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, I electronically filed the attached **NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jeffery K. Martin, Esquire
Keri Morris, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

/s/ Jennifer Brierley
David H. Williams (#616)
Jennifer L. Brierley (#4075)
Morris, James, Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19899
(302) 888-6900/6848
jbrierley@morrisjames.com
dwilliams@morrisjames.com
Attorneys for Defendant

Dated: September 1, 2005

JLB/012299-0030/1272944/1