IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOBBI L. ENGLISH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1511-SLR |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CHILDREN AND FAMILIES FIRST DELAWARE, P.A., | ) ) ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

JENNIFER L. BRIERLEY hereby certifies that on the 27th day of September, 2005, two copies of **DEFENDANT CHILDREN AND FAMILIES FIRST DELAWARE, INC. ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** and **DEFENDANT CHILDREN AND FAMILIES FIRST DELAWARE, INC. RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record at the address indicated below:

> Jeffrey K. Martin, Esquire
> Margolis & Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Jennifer J. Brierley/*

David H. Williams (#616)
Jennifer L. Brierley (#4075)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendant
dwilliams@morrisjames.com
jbrierley@morrisjames.com

Dated: September 27, 2005

DHW/012299-0030/1097041/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOBBI L. ENGLISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1511 SLR |
| | ) | |
| CHILDREN AND FAMILIES FIRST DELAWARE, INC., a Delaware corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jeffery K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

/s/ Jennifer J. Brierley
David H. Williams (#616)
Jennifer L. Brierley (#4075)
Morris, James, Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19899
(302) 888-6900/6848
jbrierley@morrisjames.com
dwilliams@morrisjames.com
Attorneys for Defendant

Dated:  September 27, 2005

JLB/012299-0030/1272944/1