## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBBI L. ENGLISH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1511-SLR |
| CHILDREN AND FAMILIES FIRST DELAWARE, INC., a Delaware Corporation, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **7th** day of **October, 2005**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, October 19, 2005 beginning at 10:30 a.m. is canceled

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE