# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Jennifer L. Brierley
(302) 888-6848
jbrierley@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

October 13, 2005

The Honorable Sue Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

RE: *Bobbi English v. Children and Families First Delaware, Inc.*
(C.A. No. 04-1511-SLR)

Dear Judge Robinson:

The parties have successfully participated in settlement negotiations and are in the process of circulating a written settlement agreement. The parties expect to submit a stipulation of dismissal. In the meantime, counsel have executed the enclosed Stipulation to Amend the Rule 16 Scheduling Order to extend the summary judgment motion deadline to December 15, 2005 in the rare instance that settlement falls through once the terms are actually reduced to writing. Thank you for your courtesy.

Respectfully,

*Jennifer Brierley*
Jennifer L. Brierley

Enclosure
cc: Clerk of the Court (w/ enclosure)
     Jeffrey Martin, Esquire (w/ enclosure)

JLB/012299-0030/1298435/1