IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOBBI L. ENGLISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-1511 SLR |
| ) | |
| CHILDREN AND FAMILIES FIRST ) | |
| DELAWARE, INC., a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

STIPULATION TO AMEND
RULE 16 SCHEDULING ORDER

The parties, by and through their undersigned counsel, do hereby stipulate to amend the Rule 16 Scheduling Order in the above-captioned matter as follows:

    5.    **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before December 15, 2005. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

| MARGOLIS EDELSTEIN | MORRIS JAMES HITCHENS & WILLIAMS, LLP |
|---|---|
| /s/ Keri L. Morris | /s/ Jennifer Brierley |
| Jeffrey K. Martin, Esquire (#2407) | David H. Williams, Esquire (#616) |
| Keri L. Morris, Esquire (#4656) | Jennifer L. Brierley, Esquire (#4075) |
| kmorris@margolisedelstein.com | jbrierley@morrisjames.com |
| 1509 Gilpin Avenue | 222 Delaware Avenue, 10th Floor |
| Wilmington, Delaware 19806 | P.O. Box 2306 |
| Attorneys for Plaintiff | Wilmington, Delaware 19899 |
| | Attorneys for Defendant |

**IT IS SO ORDERED**, this _____ day of _____, 2005.

_____
J.

1298029/1