IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOBBI L. ENGLISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1511 SLR |
| | ) | |
| CHILDREN AND FAMILIES FIRST DELAWARE, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

*IT IS STIPULATED* by and among the parties, through their respective counsel, that the Complaint filed in the above-captioned matter (C.A. No. 04-1511-SLR) shall be dismissed with prejudice.

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

*/s/ Jennifer L. Brierley*
David H. Williams (#616)
Jennifer L. Brierley (#4075)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
dwilliams@morrisjames.com
jbrierley@morrisjames.com
Attorneys for Defendant

MARGOLIS EDELSTEIN

*/s/ Jeffrey K. Martin*
Jeffrey K. Martin (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorneys for Plaintiff,

IT IS SO ORDERED this ____ day of _____, 2005.

_____
J.